ABRAHAM EISENBUD and ADOLPH BROOK, Trading under the Firm Name and Style of EISENBUD & BROOK, Respondents, v. HARMER CONSTRUCTION CORPORATION and Others, Defendants. CHARLES SCHIATTA, Appellant.— Order denying appellant's motion to set aside judgment of foreclosure and sale, so far as it affects him, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

JACOB EWENTZIK, Respondent, v. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR (CYP. FABRE), Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARY FALVEY, Respondent, v. CHRISTY ACCARDI, Appellant. ELIZABETH ACCARDI, Defendant.— Order denying defendant appellant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

HELEN R. GELLERT, Respondent, v. LEO L. GELLERT, Appellant.— Order directing defendant to pay plaintiff moneys for care of infant child during illness, affirmed, with ten dollars costs and disbursements. While we think the better practice would have been to move to modify the order granting alimony and counsel fee, we also think the admissions contained in the briefs are sufficient to justify the order made herein. Kelly, P. J., Manning and Young, JJ., concur; Kapper and Lazansky, JJ., dissent, and vote to reverse, for insufficiency of the papers upon which the application was made.

AL GOLDSTEIN, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order striking out defenses reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The determination of the meaning of the words " not stated " should await trial, when facts which may throw some light thereon may be adduced. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of HENRY C. HAND, Deceased, Late of the Town of East Hampton.— Amended decree of the Surrogate's Court of Suffolk county unanimously affirmed, with costs to respondents, payable by appellants. Orders affirmed, with ten dollars costs to respondents, payable by appellants. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of 1901 OCEAN PARKWAY CORPORATION, Owner, for an Order Fixing the Amount of an Undertaking to Discharge a Mechanic's Lien Filed against Property on the Southeasterly Corner of Ocean Parkway and Avenue S, 140 Feet on Avenue S by 100 Feet, Borough of Brooklyn, City of New York.— Order directing discharge of mechanic's lien affirmed, with ten dollars costs and disbursements, and stay vacated. Kelly, P. J., Manning and Young, JJ., concur; Kapper and Lazansky, JJ., dissent.